445

No. 42465.—Protest 721707–G (D) of Psaki Bros. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible substance covering the outside.

No. 42466.—Protests 681203–G, etc., of S. Alioto & Son et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that an allowance should have been made in the weight of the cheese to compensate for the inedible substance covering the outside.

No. 42467.—Protests 663106–G, etc., of Sonsangelis Bros. & Co. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that an allowance should have been made in the wieght of the cheese to compensate for the inedible substance covering the outside.

OCTOBER 10, 1939

No. 42468.— —Protest 898839–G of American Express Co. Abstract 42074. Application by plaintiff for rehearing granted.

OCTOBER 13, 1939

No. 42469.— —Protest 964872–G of Guth Stern & Co., Inc. Abstract 41709. Application by plaintiff for rehearing denied.

OCTOBER 14, 1939

No. 42470.— —Protests 773710–G, etc., of Blanchard Bros. & Lane et al. C. D. 203. Application by plaintiffs for rehearing denied.

BEFORE THE SECOND DIVISION, OCTOBER 17, 1939

No. 42471.—Protests 928368–G, etc., of L. Oppleman Inc. (New York).

Opinion by Dallinger, J. On the authority of *Laszlo* v. *United States* (C. D. 47) the parts of air pistols in question were held dutiable at 27½ percent under paragraph 372 as claimed.

No. 42472.—Protest 872799–G of Cunard White Star, Ltd. (New York).